# INDEX OF EXHIBITS

| Exhibit A | General Motors, *2020 Annual Report* |
|---|---|
| Exhibit B | How Stuff Works, *How Car Testing Works* |
| Exhibit C | The Detroit News, *GM Invests in Pre-Production, Metro Detroit* |
| Exhibit D | GM Corporate Newsroom, *Repetitive and Physical: 90 Years of Durability Testing* |
| Exhibit E | NHTSA Complaints |
| Exhibit F | The Christian Science Monitor, *Taking your car complaint online? Chrysler, GM, and Ford will see it.* |