# EXHIBIT D

12/10/21, 8:08 AM
Repetitive and Physical: 90 Years of Durability Testing
Case 2:21-cv-12927-LJM-APP    ECF No. 1-5, PageID.388    Filed 12/15/21    Page 2 of 5



# Corporate Newsroom | United States

# Repetitive and Physical: 90 Years of Durability Testing

## GM Milford Proving Ground milestone birthday today

2014-10-24

**DETROIT** – In 18 months, the durability team at General Motors' Milford Proving Ground can put a vehicle through an entire lifecycle. Durability tests are long, repetitive and physically demanding.

"In 90 years, what hasn't changed is that durability testing is physical," said Stephen Jenkins, director, Global Proving Ground Operations, Test Labs and Vehicle Material Engineering. "We can mathematically calculate how well a part should hold up under certain conditions, but it isn't until we get a driver in the product and test over and over again that we can be sure."

Here are some of the benchmarks a vehicle must endure before the Milford durability team will release it for production.

- **100,000 miles of customer use** – the team drives a test vehicle up to 25,000 miles, though it is in such extreme conditions that it represents 100,000 miles of customer use
- **Extreme tests** – Belgian Block Loop, pothole drives, chatter bumps, twist ditches, speed bumps and more are driven for entire days testing various parts of the vehicle
- **Humidity chambers** - Built in the late 1960s with new ones added in the 1980s, every car is soaked in humidity chambers. On numerous occasions cars will go in these corrosion booths for hours at a time and endure high temperatures and humidity

"We are always pushing ourselves to test even the smallest part of a vehicle to ensure that the entire product from the engine down to the screws and bolts are tough enough to handle the driving our customers need," Jenkins said.

**General Motors Co.** (NYSE:GM, TSX: GMM) and its partners produce vehicles in 30 countries, and the company has leadership positions in the world's largest and fastest-growing automotive markets. GM, its subsidiaries and joint venture entities sell vehicles under the Chevrolet, Cadillac, Baojun, Buick, GMC, Holden, Jiefang, Opel, Vauxhall and Wuling brands. More information on the

Case 2:21-cv-12927-LJM-APP    ECF No. 1-5, PageID.389    Filed 12/15/21    Page 3 of 5

company and its subsidiaries, including OnStar, a global leader in vehicle safety, security and information services, can be found at http://www.gm.com



You must be logged in to view Media Contacts

Login  |  Consumer Contacts



GM's Milford Proving Ground celebrates 90 years of durability testing.



# More Photos









See More Photos

# Video

## Contact



You must be logged in to view Media Contacts

Login  |  Consumer Contacts